

| | |
|---|---|
| 1 | Bradley T. Austin, Esq. |
| 2 | Nevada Bar No. 13064 |
|   | SNELL & WILMER L.L.P. |
| 3 | 3883 Howard Hughes Parkway, Suite 1100 |
|   | Las Vegas, Nevada 89169 |
| 4 | Telephone: (702) 784-5200 |
|   | Facsimile: (702) 784-5252 |
| 5 | baustin@swlaw.com |

*Attorneys for Defendant*
*Equifax Information Services LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| WENDOLY E. GERALDO, | **Case No. 2:17-cv-02980-GMN-PAL** |
| Plaintiff, | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| vs. | |
| EQUIFAX INFORMATION SERVICES LLC and TRANS UNION, LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Wendoly E. Geraldo has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 3, 2018 through and including **January 31, 2018**. The request was made by Equifax, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

///

///

///

Respectfully submitted, this 3rd day of January, 2018.

                                                          SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services, LLC*

***No opposition***

/s/ *Michael Kind*
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
Tel: (702) 405-1765
Email: mkind@kazlg.com

*Attorney for Plaintiff Wendoly Geraldo*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: January 5, 2018

4835-5265-8778

- 2 -