Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Wendoly E. Geraldo*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Wendoly E. Geraldo,<br><br>Plaintiff,<br>v.<br><br>Equifax Information Services LLC and Trans Union LLC,<br><br>Defendants. | Case No. 2:17-cv-02980-GMN-PAL<br><br>**Stipulation of Dismissal With Prejudice of Defendant Trans Union LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Wendoly E. Geraldo ("Plaintiff") and Defendant Trans Union ("Defendant")

stipulate to dismiss with prejudice Plaintiff's claims against Defendant only, in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 28th day of March 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Jason Revzin
Jason Revzin, Esq.
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
702-893-3383
702-893-3789 (fax)
Jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

IT IS SO ORDERED:

**DATED** this  30  day of March, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 28, 2018, the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148